THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 18-00217-RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |
| TIMOTHY MANTIE, | |
| Defendant. | |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being advised on the premises, NOW THEREFORE,

IT IS ORDERED, ADJUDGED AND DECREED that Ralph Hurvitz shall be allowed to withdraw and Emily M. Gause be substituted as counsel for defendant Timothy Mantie.

DONE IN OPEN COURT this 19th day of November, 2019

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 1