THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MANTIE,<br><br>Defendant. | No. CR 18-00217-RSM<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the defendant's motion to file overlength reply brief, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is permitted to file its motion to suppress in excess of 12 pages.

DATED this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE