The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> TIMOTHY MANTIE, <br><br> Defendant. | NO. CR18-217 RSM <br><br> ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS (Dkt. 439) |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States to file its Response to Defendant's Motion to Suppress Evidence (Dkt. 439) in excess of 12 pages, but no more than 28 pages.

DATED this 19th day of August 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order for Leave to File Over-Length Brief
*United States v. Mantie*
CR18-217 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970