UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MANTIE,<br><br>Defendant. | No. CR 18-00217-RSM<br><br>ORDER MODIFYING CONDITIONS OF APPEARANCE BOND |

Defendant, Timothy Mantie, through his attorney of record, Emily M. Gause, asks this Court for an order modifying the conditions of his appearance bond to amend the condition requiring Mr. Mantie to participate in the location monitoring program with active global positioning satellite technology.

The Court having considered the defendant's motion and the Government's response, hereby ORDERS that the appearance bond be modified as follows:

DELETE

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute toward the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

///

DATED this 30th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE