THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR 18-00217-RSM |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO HEARING |
| v. | |
| TIMOTHY MANTIE, | |
| Defendant. | |

THE COURT has considered Tim Mantie's stipulated motion to proceed with guilty plea hearing by video hearing, along with all the records and files in this case.

THE COURT FINDS that a video guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 17-20 (12/23/20). Specifically, Mr. Mantie's proposed plea agreement allows him to argue for any sentence, including a sentence of credit for time served.

THE COURT ORDERS that a guilty plea hearing be scheduled by videoconference. The parties are directed to contact the magistrate clerks to schedule the videoconference plea hearing.

DATED this 27th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO HEARING - 1

**GAUSE LAW OFFICES, PLLC**
130 Andover Park East, Suite 300
Tukwila, Washington 98188
(206) 660-8775 • Fax: (206) 260-7050