HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY MANTIE,<br><br>　　　　　Defendant. | No. CR 18-217-RSM<br><br>ORDER GRANTING MOTION TO SEAL EXHIBITS TO SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of defendant, TIMOTHY MANTIE, for an order that Exhibits B, D, E, and F to Defendant's Sentencing Memorandum be filed under seal and secured from public access until further order by the Court.

IT IS HEREBY ORDERED that the motion is GRANTED.

DATED this 25th day of February, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE