HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY MANTIE,<br><br>　　　　　　Defendant. | No. CR 18-0217-RSM<br><br>AGREED ORDER DELAYING SURRENDER DATE |

Upon agreement of the parties, and after this Court's review of the information presented at sentencing, the Court now ORDERS:

Due to recent urgent medical issues and a need for immediate treatment, TIMOTHY MANTIE's surrender date of April 26, 2022 to FCI Beaumont Low is stricken and the Court hereby delays the surrender date to August 23, 2022. A copy of this order shall be provided to Bureau of Prisons.

SIGNED this 15th day of April, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

AGREED ORDER DELAYING SURRENDER DATE - 1

**GAUSE LAW OFFICES, PLLC**
130 ANDOVER PARK EAST, SUITE 300
TUKWILA, WASHINGTON 98188
(206) 660-8775 • FAX: (206) 260-7050