The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY MANTIE,

Defendant.

No. CR18-217-RSM

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property:

A. Approximately $15,000 in U.S. currency, seized on or about October 10, 2019 from a residence located at 2719 84th Drive NE, Lake Stevens, Washington;

B. Approximately $5,119 in U.S. currency, seized on or about October 10, 2019 from a residence located at 2719 84th Drive NE, Lake Stevens, Washington;

C. Approximately $900.00 in U.S currency, seized on or about October 10, 2019 from a residence located at 2719 84th Drive NE, Lake Stevens, Washington;

D. Assorted watches and jewelry, seized on or about October 10, 2019 from a residence located at 2719 84th Drive NE, Lake Stevens, Washington, including items further described in the Second Forfeiture Bill of Particulars (Dkt. No. 335), filed in this cause number on March 26, 2020, on pages 1-2 at paragraph 2(a)(1) through 2(a)(5), and in the Second Protective Order Restraining Certain Forfeitable Property (Dkt. No. 341),

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

entered in this cause number on April 3, 2020, on pages 1-2 at paragraphs a(1) through a(5), specifically:

1. One Rolex President Day-Date yellow gold wrist watch, serial no. N0816295;
2. One Rolex President Day-Date yellow gold wrist watch, serial no. 6445613;
3. One 14kt gold and diamond necklace;
4. One men's 14kt yellow gold and diamond ring; and
5. One 14kt white gold and diamond ring.

E. Assorted watches and jewelry, seized on or about October 10, 2019 from storage unit #2357, located at 3615 McDougall Avenue, Everett, Washington, including items further described in the Second Forfeiture Bill of Particulars (Dkt. No. 335), filed in this cause number on March 26, 2020, on pages 2-4 at paragraphs 2(b)(1) through 2(b)(31), and in the Second Protective Order Restraining Certain Forfeitable Property (Dkt. No. 341), entered in this cause number on April 3, 2020, on pages 2-3 at paragraphs b(1) through b(31), specifically:

1. One Breitling Super Avenger wrist watch;
2. One Breitling Bentley model A44632 wrist watch;
3. One Jacob & Co. Six Time Zone wrist watch;
4. One Jacob & Co. Five Time Zone Replica wrist watch;
5. One Rolex President Day-Date model 18038 wrist watch, serial no. 8452503;
6. One Rolex President Day-Date model 18078 wrist watch, serial no. 7619813;
7. One 14kt yellow gold and diamond pendant;
8. One 14kt rose gold and diamond ring;
9. 14kt yellow gold and diamond linked ring;
10. One white gold and diamond link-style ring;
11. One 14kt yellow gold and diamond ring;
12. One 10kt large rope chain;
13. One 14kt yellow gold and diamond pharaoh pendant;
14. One 10kt yellow gold and diamond pendant;
15. One men's 14kt yellow gold and diamond ring;
16. One 10kt yellow gold and diamond pendant on 10kt yellow gold chain;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

17. One 14kt yellow gold and diamond cross pendant on 14kt yellow gold chain;
18. One 10kt yellow gold and diamond ram pendant on chain;
19. One 14kt yellow gold and diamond Seahawks pendant on 10kt yellow gold chain;
20. One 10kt yellow gold and diamond high-heeled shoe pendant on 10kt yellow gold chain;
21. One 10kt yellow gold and diamond enameled Air Jordan shoe pendant on 10kt yellow gold chain;
22. One 14kt yellow gold and diamond ash holder on 14kt yellow gold chain;
23. One 10kt yellow gold and diamond razor blade pendant on 10kt yellow gold chain;
24. One 10kt yellow gold and diamond wing-shape ring;
25. One 10kt white gold and diamond necklace;
26. One 10kt white gold and diamond large linked chain;
27. One 10kt white gold and diamond Highway 101 pendant;
28. One 10kt white gold and black and white diamond necklace;
29. One 10kt yellow gold and diamond pendant on 14kt yellow gold chain;
30. One 14kt white gold and diamond face of Jesus pendant; and
31. One 14kt yellow gold and diamond rope chain.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Mantie entered on May 28, 2021, he agreed to forfeit his interest in the above-identified property as proceeds of and/or property that facilitated his Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846, to which he entered a guilty plea (Dkt. No. 689, ¶ 11);



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On August 27, 2021, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 871);
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 913), and provided direct notice to three identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A - C); and
- The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 5
*United States v. Mantie*, CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970