HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY MANTIE,<br><br>　　　　　Defendant. | No. CR 18-0217-RSM<br><br>AGREED ORDER DELAYING SURRENDER DATE |

Upon agreement of the parties, and after this Court's review of the information presented at sentencing and in the Unopposed Motion to delay Mr. Mantie's surrender date, the Court now ORDERS:

Due to the ongoing necessary treatment for stage four Melanoma cancer, which is expected to be completed by July 2024, the Court orders that TIMOTHY MANTIE's surrender date of August 23, 2023 to FCI Beaumont Low is stricken. The Court hereby delays the defendant's surrender date to August 23, 2024.  A copy of this order shall be provided to the Bureau of Prisons.

SIGNED this 14th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE